UNITED STATES BANRUPTCY COURT
SOUTHER DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | | Case No. 10-10536-BP |
| | : | |
| LOW, KELLY C. | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Judge Perlman |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $11.49 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| American Infosource LP as Agent for World Financial Network National Bank as New York & Co. P. O. Box 248872 Oklahoma City, OK   73124-8872 | 4 | 0.71 |
| American Express Centurion Bank c/o Becket and Lee LLP P. O. Box 3001 Malvern, PA   19355-0701 | 5 | 1.47 |
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services P. O. Box 19008 Greenville, SC   29602 | 6 | 1.00 |
| Recovery Management Systems Corporation for GE Money Bank dba Sam's Club 25 S. E. 2nd Avenue, Suite 1120 Miami, FL   33131 | 8 | 1.53 |
| Reocvery Management Systems Corporation for GE Money Bank dba Gap Visa Card 25 S. E. 2nd Avenue, Suite 1120 Miami, FL   33131 | 9 | 2.53 |

| | | |
|---|---|---|
| FIA Card Services, NA/Bank of America<br>by American Infosource LP as its Agent<br>P. O. Box 248809<br>Oklahoma City, OK   73124-8809 | 12 | 4.25 |
| | | |
| TOTAL SMALL DIVIDENDS | | 11.49 |

Dated: May 31, 2011                            /s/ Thomas J. Geygan, Sr.
                                               THOMAS J. GEYGAN, SR., TRUSTEE


cc: U.S. Trustee

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**1021**

THOMAS J. GEYGAN, SR. , Trustee
8050 Hosbrook Rd.,
Ste 107
Cincinnati, OH 45236

32-1/1110 TX
0

| DATE | AMOUNT |
|------|--------|
| 05/31/11 | **********11.49 |

**2438404**

PAY TO THE ORDER OF

U. S. Bankruptcy Court
Southern District of Ohio
221 E. Fourth Street, Suite 800
Cincinnati, OH  45202

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 10-10536   BP   Debtor: LOW, KELLY C. | |

*Eleven Dollars And 49/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001021⑈ ⑆11100001 2⑈